**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Trustees for the IBEW, LOCAL NO. 1, HEALTH AND WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) Case No. 4:20-cv-00218-JCH |
| v. | ) ) ) |
| RESOURCE ELECTRICAL SYSTEMS, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## PLAINTIFFS' MOTION FOR FINAL ENTRY OF JUDGMENT

COME NOW Plaintiffs, by and through counsel, and respectfully move this Court, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and pursuant this Court's December 15, 2020 Order (Doc. No. 19), for an Order entering full and final default judgment in favor of Plaintiffs and against Defendants Resource Electrical Systems, Inc. and Sherman McCoy d/b/a Resource Electrical Systems, Inc. and Sherman McCoy, individually.  In support thereof, Plaintiffs state as follows:

1.  The Complaint was filed on February 6, 2020. (Doc. No. 1).

2.  The Complaint was served on Defendant Sherman McCoy d/b/a Resource Electrical Systems, Inc. and Defendant Sherman McCoy, individually, on February 13, 2020 via process server. (Doc. Nos. 5-6).  Defendants failed to file an Answer or other responsive pleading.

3.  On March 16, 2020, Plaintiffs filed a Motion for Entry of Default against Defendant Sherman McCoy d/b/a Resource Electrical Systems, Inc. and Defendant

Sherman McCoy, individually. (Doc. No. 8). On March 18, 2020, the Clerk entered default judgment against those Defendants. (Doc. No. 10).

4. The Complaint was served on Defendant Resource Electrical Systems, Inc. on April 21, 2020 via process server. (Doc. No. 13). Defendant failed to file an Answer or other responsive pleading.

5. On May 14, 2020, Plaintiffs filed a Motion for Entry of Default against Defendant Resource Electrical Systems, Inc. (Doc. No. 14). On May 26, 2020, the Clerk entered default judgment against the final Defendant. (Doc. No. 15).

6. On June 18, 2020, Plaintiffs filed a Motion for Default Judgment and Memorandum in Support against all Defendants. (Doc. Nos. 16-17).

7. On December 15, 2020, the Court entered its Memorandum and Order. (Doc. No. 19). The Court ordered the following:

    a. Plaintiffs' Motion for Default Judgment, construed as one for Partial Default Judgment, is granted;

    b. Defendants shall pay Plaintiffs $262,072.56 in contributions, plus interest on such contributions in the amount of $82,408.24 and liquidated damages in the amount of $15,200.50;

    c. Defendants shall pay Plaintiffs $188,271.62 for the outstanding balance on the Payment Agreement, plus interests of $5,630.32 and liquidated damages in the amount of $1,316.53;

    d. Defendants shall pay Plaintiffs $6,126.40 in attorneys' fees, plus costs $571;

   e. Defendants shall have up to and including January 20, 2021, to submit its books, payroll registers, and other documents as needed to perform an audit and accounting for the period of March 1, 2016 through December 31, 2016; and

   f. No later than April 20, 2021, Plaintiffs shall submit a motion for final entry of judgment, setting forth the total amount due for delinquent contributions, liquidated damages, and interest, supported by all necessary affidavits and documents.

  8. Following the Court's December 15, 2020 Order, Plaintiffs sent two letters (dated December 22, 2020 and January 21, 2021) via first class mail and certified mail and sent one email (which bounced back) enclosing the Court's Order and demanding Defendant Resource Electrical Systems, Inc. and Defendant Sherman McCoy d/b/a Resource Electrical Systems, Inc. (collectively "Defendant Resource") produce specific information necessary for Plaintiffs to perform an audit and accounting for the period March 1, 2016 through December 31, 2019.  Defendant Resource confirmed receipt of the letters.  However, Defendant Resource has not responded and has not produced the requested information.

  9. Courts have long recognized that where an employer fails to keep and produce accurate records, Plaintiff benefit funds are entitled to make a reasonable calculation of contributions owed. *Chicago Dist. Council of Carpenters Pension Fund v. Reinke Insulation Co.*, 347 F.3d 262, 264 (7th Cir. 2003); Michigan Laborers' Health Care Fund v. Grimaldi Concrete, Inc., 30 F.3d 692, 696 (6th Cir. 1994); Brick Masons Pension Trust v. Industrial Fence & Supply, Inc., 839 F.2d 1333, 1337-1339 (9th Cir.

1988); Combs v. King, 764 F.2d 818, 826 (11th Cir. 1985); *St. Louis Constr. Laborers Welfare Fund v. American Contracting Enterprises, Inc.*, 2013 U.S. Dist. LEXIS 60358 at *9-11 (E.D. Mo. Apr. 29, 2013).

10. Defendant Resource did file reports, although the accuracy has not been verified, for covered work performed from March 1, 2016 through September 2019, and Plaintiffs have received information that no bargaining unit employees performed covered work in November 2019 or December 2019. Therefore, the only period of time for which Plaintiffs have no information is October 2019. In light of Defendant Resource's failure to produce the requested documentation and to respond to the Court's Order, Plaintiffs have made a reasonable calculation of the amounts due by using the average number of hours reported by Defendant Resource for the three months prior, July 2019 through September 2019, as the number of hours worked by employees in October 2019.

11. Using the average number of hours reported by Defendant Resource for July 2019 through September 2019, Plaintiffs calculate that Defendant Resource owes a total of $16,849.59 in unpaid contributions for October 2019 and owes a total of $4,994.35 in interest and $950.92 in liquidated damages on those additional unpaid contributions.

12. For the audit period of March 2016 through September 2019, Plaintiffs have determined that the cost of moving forward with efforts to compel the audit is not fiduciarily responsible in light of the amount awarded to date and the anticipated limits on Defendant Resource's ability to pay.

13. Plaintiffs seek additional reasonable attorneys' fees of $5,588.20 incurred in collection plus post-judgment attorneys' fees and costs incurred in connection with this case until this judgment has been fully executed.

14. This Motion is supported by Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Default Judgment.

WHEREFORE Plaintiffs respectfully request that the Court enter Full and Final Default Judgment against Defendant Resource Electrical Systems, Inc. and Defendant Sherman McCoy d/b/a Resource Electrical Systems, Inc. ("Defendant Resource") pursuant to Rule 55(b)(2) of the Federal Rules and Procedure for:

a. $278,922.15 ($262,072.56 + $16,849.59) in contributions, plus interest on such contributions in the amount of $87,402.59 ($82,408.24 + $4,994.35) and liquidated damages in the amount of $16,151.42 ($15,200.50 + $950.92).

b. $188,271.62 for the outstanding balance on the Payment Agreement, plus interests of $5,630.32 and liquidated damages in the amount of $1,316.53.

c. $11,593.60 ($6,126.40 + $5,467.20) in attorneys' fees, plus costs $571.00.

d. For such further relief as the Court deems necessary and just.

WHEREFORE Plaintiffs respectfully request that the Court enter Full and Final Default Judgment against Defendant Sherman McCoy, individually pursuant to Rule 55(b)(2) of the Federal Rules and Procedure for:

a. $188,271.62 for the outstanding balance on the Payment Agreement, plus interests of $5,630.32 and liquidated damages in the amount of $1,316.53.

b. $6,126.40 in attorneys' fees, plus costs $571.

    c.  For such further relief as the Court deems necessary and just.

Respectfully submitted,

SCHUCHAT, COOK & WERNER

*/s/ Amanda K. Hansen*

Amanda K. Hansen (MBE #64889)
Rhona S. Lyons (MBE#33831)
555 Washington Ave.  Suite 525
St. Louis, MO 63101
Tel: (314) 621-2626
Fax: (314) 621-2378
akh@scwattorney.com
rsl@scwattorney.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of March 2021, a copy of the foregoing was mailed by United States Postal Service, via first class mail **and** certified return receipt requested, to the following non-participants in Electronic Case Filing for this case:

Resource Electrical Systems, Inc
Sherman McCoy, Secretary
17826 Argonne Estates Dr.
Florissant, MO 63034

Sherman McCoy d/b/a
Resource Electrical Systems, Inc.
17826 Argonne Estates Dr.
Florissant, MO 63034

Sherman McCoy
17826 Argonne Estates Dr.
Florissant, MO 63034

*/s/ Amanda K. Hansen*

842187.docx