UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
MISSOURI EASTERN DIVISION

| | |
|---|---|
| Trustees for the IBEW, LOCAL NO. 1, HEALTH AND WELFARE FUND, et al., ) ) ) Plaintiffs, ) ) ) v. ) ) RESOURCE ELECTRICAL SYSTEMS, ) INC., et al., ) ) Defendants. ) | Case No. 4:20-cv-00218-JCH |

## DEFAULT JUDGMENT

This matter is before the Court on Plaintiffs' Motion for Full and Final Entry of Default Judgment against Defendants Resource Electrical Systems, Inc., Sherman McCoy d/b/a Resource Electrical Systems, Inc., and Sherman McCoy, individually.

After careful consideration of the motion and the record in this case, it appearing that Defendants have failed to plead or otherwise defend this action and that the Clerk has entered a default against Defendants.

**IT IS HEREBY ORDERED AND ADJUGED** that Plaintiffs have a full and final default judgment against Defendant Resource Electrical Systems, Inc. and Defendant Sherman McCoy d/b/a Resource Electrical Systems, Inc. in the amount of:

a. **$278,922.15** in unpaid contributions for the period from July 2017 through October 2019, plus **$87,402.59** in interest and **$16,151.42** in liquidated damages due on those contributions;

b. **$188,271.62** in unpaid payments due under the Payment Agreement, plus **$5,630.32** in interest and **$1,316.53** in liquidated damages on the remaining

      unpaid contributions covered by the Payment Agreement which would have otherwise continued to accrue;

c. Plaintiffs' reasonable attorneys' fees of **$11,593.60** and costs totaling **$571.00**, plus post-judgment attorneys' fees and costs incurred in connection with this case until judgment has been fully executed.

**IT IS FURTHER ORDERED AND ADJUGED** Plaintiffs have a judgment against Defendant Sherman McCoy, individually, in the amount of:

a. **$188,271.62** in unpaid payments due under the Payment Agreement, plus **$5,630.32** in interest and **$1,316.53** in liquidated damages on the remaining unpaid contributions covered by the Payment Agreement which would have otherwise continued to accrue; and

b. Plaintiffs' reasonable attorneys' fees of **$6,126.40** and costs totaling **$571.00**, plus post-judgment attorneys' fees and costs incurred in connection with this case until judgment has been fully executed.

                                        /s/ Jean C. Hamilton
                                        HONORABLE JEAN C. HAMILTON
                                        United States District Judge

Dated this 8th day of June, 2021.